T. H. HARROD, *as Administrator, etc.,* v. F. A. JAMES, *as Guardian, etc., et al.*

No. 15,599.   (96 Pac. 484.)

Error from Cowley district court; CARROLL L. SWARTS, judge. Opinion filed June 6, 1908. Affirmed.

*John H. Wright, Hackney & Lafferty,* and *James Mc-Dermott,* for plaintiff in error.

*G. H. Buckman,* for defendants in error.

*Per Curiam:* This case involves the proceeds of the 3500-dollar certificate of deposit mentioned in the opinion in *Miles v. Miles, ante,* p. 382, and conveyed by the trust deed construed in that case. Both cases were submitted together. On the grounds stated in the former the judgment in this is affirmed.

---

THE STATE OF KANSAS, *ex rel. C. C. Coleman, as Attorney-general,* v. THE CITY OF WICHITA.

No. 15,286.   (96 Pac. 1118.)

Original proceeding in *quo warranto.* Opinion filed July 3, 1908. Judgment for plaintiff.

*Fred S. Jackson,* attorney-general, and *John S. Dawson,* assistant attorney-general, for The State.

*D. M. Dale, H. C. Sluss,* and *Fred B. Stanley,* for defendant.

*Per Curiam:* The only argument advanced by the defendant city is based upon a quibble over the language of one of the commissioner's findings that borders upon the frivolous. The conduct of the city is utterly indefensible either in law or morals, and judgment is rendered in favor of the state as prayed for in the petition, and for costs. The commissioner's application for compensation and expenses is allowed, and the stenographer's bill for attendance, fees and expenses is allowed, all to be taxed as costs.